AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF __MASSACHUSETTS__

Charter Communications Entertainment I, LLC,
d/b/a Charter Communications

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

John Daby

**04-40203**

TO: (Name and address of defendant)

    John Daby
    44 Worcester Street
    West Boylston, MA  01583

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Christopher L. Brown, Esq.
    Murtha Cullina LLP
    99 High Street
    Boston, MA  02110

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**

CLERK

DATE

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | |

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

10/13/2004

I hereby certify and return that on 10/12/2004 at 04:31pm I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by leaving at the last and usual place of abode of JOHN DABY at 44 WORCESTER ST, WEST BOYLSTON, MA and by mailing first class mail to the above address on 10/13/2004. Fees: Service 20.00, Travel 19.52, Conveyance 3.00, Attest 5.00 & Postage and Handling 3.00 Total Fees: $50.52

Deputy Sheriff. Kenneth R Hannam

_____
Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.