October 24, 2004

Good Morning

     I just received a summons in a civil case number **04-40203**. It was dated October 7, 2004 and has a true copy attest deputy sheriff stamped on October 12, 2004. It was sent to my old address. I did not receive the summon in the mail until October 21, 2004.

I have not lived at my old address since December 2003. Charter Communications (the plaintiff) knew I had moved, because I request and they having been sending my bill to my new address.

I still cannot find anyone who will explain to me how I should respond to this compliant. This might seem like a simple matter. The only time I have had to talk to an attorney was over thirty years ago when I bought my home.

When I did get through the Plaintiff attorney, they said I did not need to send them anything. When I called the U.S. District Court house in Boston, I get a long list of options. I wanted to talk to a real person. No one answers the phone. The only person that would help me was an attorney who wanted $5000 plus up front before she would talk to me.

I am now running out of time and hopefully, I am sending this letter to the right person(s)

Thank you

John Daby
191 Bishops Ter
Hyannis, MA 02601-6212