December 10, 2004

Good Morning:

This letter is in replied to my **Civil Case # 4:04-cv-40203**.
My first reply was sent to the United State District Court in Boston, MA. (See my enclosed reply to my default letter)

I am not sure of the dates, because this all happen around 1998.
I saw an ad in my Popular Science magazine for converter boxes. I trusted Popular Science in that they would only have advertiser that were not breaking the law.

At the time I was renting a converter box and a remote from Charter Communications. I thought I could save some money by having my own box and remote.
Before receiving the box my very old TV died. I bought the new TV and found out that they now come "cable ready" and that I did not need a converter box.

I did receive the box and put I away, thinking I could use it as a Christmas present.
I forgot were I put it. I did find it several years later in my attic under some insulation.

I tried hooking it up just to see what it did. I could not get the box to work.
It was a. Defected box from the manufacture.
    b. Damage in shipment
    c. Damage from setting in a hot attic all those years.
Even if the box were to work, it did me no good. The box only recognized channels from 1 to 99. My TV recognized more channels.

I have not watch any programming on Charter Communications for the pass year. All of their premium channels use to be above channel 100. If Charter Communications did check their records, it will show that I did purchase premium channels at one time.

I company that I bought the box from only had a one year guarantee, which had expired long ago. I took a hammer to the box and throw it out. The company said that I would have to notice the local cable company when I install the box. Since I never used that box, I never notice Charter Communications.

Thank you
John Daby  **Civil Case # 4:04-cv-40203**
191 Bishops Ter.
Hyannis, MA 02601-6212

December 10, 2004

Good Morning:

      This letter is in response to a letter I received on December 9, 2004, stating that I am "IN DEFAULT". Your letter is dated November 29, 2004.

I am sending you a monition to remove this default for the following reasons:

1. The original summons was sent to the wrong address. 44 Worcester St. West Boylston
2. I have not lived at that address for over one year.
3. Charter Communication knew this, because I had my cable bill sent to my new address for the pass ten months.
4. By The time I received the notice, I had only two days to response.
5. I did talk to two lawyers, the first thing they said was they wanted $6000 and they would start looking into my case.
6. I have been out of work to the pass year and cannot afford a lawyer.
7. There is no return address to where I should send my reply.
8. No instructions on how to reply.
9. The only address I found for a United State District Court was Boston, Ma. The Plaintiff address is also Boston.
10. I sent my reply to clerk "Tony Anastas", certified mail with guarantee reply.
11. I did receive a form stating that the Boston Court received my letter.

I would like to thank the clerk in Worcester District court. He is the only person that told me what to do.

Thank you

John Daby    **Civil Case # 4:04-cv-40203**
191 Bishops Ter.
Hyannis, MA 02601-6212